January 31, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

AIDA MUSTAPHA AND GIBRILL MUSTAPHA, Appellants

NO. 14-11-00112-CV                    V.

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS
FARGO ASSET SECURITIES CORPORATION HOME EQUITY ASSET-BACKED
CERTIFICATE, SERIES 2006-3, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on December 8, 2010.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by AIDA MUSTAPHA AND GIBRILL MUSTAPHA.

We further order this decision certified below for observance.